**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elimane Tall, | No. CV-07-0004-PHX-DGC (JJM) |
| Petitioner, | **ORDER** |
| vs. | |
| Phillip Crawford, Field Office Director, Bureau of Immigration and Customs Enforcement, Eloy, Arizona Unit, | |
| Respondent. | |

Petitioner Elimane Tall has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. #1. The petition asserts that Petitioner's continued detention by federal immigration authorities is unlawful. *Id.* at 3. On September 23, 2008, Respondent filed a notice indicating that the petition is moot because Petitioner was deported to Dakar, Senegal on July 10, 2008. Dkt. #20. On November 12, 2008, United States Magistrate Judge Jacqueline Marshall issued a report and recommendation ("R&R") recommending that the petition be dismissed as moot in light of Respondent's notice. Dkt. #21. Petitioner has not filed an objection to the R&R and the time for doing so has expired. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court accordingly will accept the R&R and dismiss the petition as moot. *See* Fed. R. Civ. P. 73(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."); *see also Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

**IT IS ORDERED:**

1. The Magistrate Judge's report and recommendation (Dkt. #21) is **accepted**.
2. Petitioner Elimane Tall's petition for writ of habeas corpus (Dkt. #1) is **dismissed** as moot.
3. The Clerk is directed to **terminate** this action.

DATED this 16th day of December, 2008.

*David G. Campbell*
_____
David G. Campbell
United States District Judge